**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JIANHUA LIU,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>MATTHEW G. WHITAKER, Acting<br>Attorney General,<br><br>　　　　　　　　Respondent. | No.　18-70126<br><br>Agency No. A087-837-957<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2018**

Before:　WALLACE, SILVERMAN, and McKEOWN, Circuit Judges.

Jianhua Liu, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

decision that found Liu had filed a frivolous asylum application. We have

jurisdiction under 8 U.S.C. § 1252. We review de novo, *Kulakchyan v. Holder*,

---

　　*　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

　　**　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

730 F.3d 993, 995 n.1 (9th Cir. 2013), and we deny the petition for review.

The agency did not err in finding Liu filed a frivolous asylum application where it complied with the procedural requirements of *In re Y-L-*, 24 I. & N. Dec. 151, 151-52 (BIA 2007). A preponderance of the evidence supports the agency's finding that Liu deliberately fabricated a material element of his application. *See* 8 C.F.R. § 1208.20 ("[A]n asylum application is frivolous if any of its material elements is deliberately fabricated."); *Ahir v. Mukasey*, 527 F.3d 912, 918-19 (9th Cir. 2008). Further, Liu was given "ample opportunity ... to address and account for any deliberate, material fabrications[.]" *See Ahir*, 527 F.3d at 919 (citation and internal quotation marks omitted).

**PETITION FOR REVIEW DENIED.**